THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Burl Sharpe, Jr., Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-554
 Submitted November 2, 2009  Filed
November 19, 2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Kenneth Burl
 Sharpe, Jr., appeals the revocation of his probation, arguing the circuit court erred in revoking his probation without holding a full evidentiary
 hearing.  After thoroughly reviewing the record and counsel's brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Sharpe's appeal and grant counsel's motion to be
 relieved. 
APPEAL
 DISMISSED. 
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.